# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

2013 APR 11  AM 10: 38

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>RAMON FLORES-RIVAS (3),<br><br>　　　　　　　　　Defendant. | CASE NO. 94CR0928-CAB<br><br>BY _____<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Indictment/Information:

21:841(a)(1), 846 - Conspiracy to distribute marijuana; 18:924(c)(1), 18:2 - Aiding and abetting use and carrying of a firearm during the commission of a drug trafficking crime; and 18:922(o), 18:2 - Aiding and abetting possession of machine guns.

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: APRIL 11, 2013

　　　　　　　　　　　　　　　　　　　　　　Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge